KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

DENEE A. DILUIGI (COSBN 35082)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7031
Fax: (415) 436-7234
Email: Denee.DiLuigi@usdoj.gov

Attorneys for Plaintiff

FILED
05 JUN 30 AM 10: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ZIBU GAO et al (TIFFANY STUART), <br> Defendant. | No.   CR 3-05-70262 JL <br><br> STIPULATION CONTINUING DATE OF PRELIMINARY HEARING OR ARRAIGNMENT AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND [~~PROPOSED~~] ORDER |

On May 24, 2005, the parties in this case appeared before the Court and Ms. Stuart waived her right to a preliminary hearing or arraignment within twenty days of her initial appearance. Based on Ms. Stuart's waiver, the parties scheduled the next appearance in this matter for June 30, 2005 at 9:30 a.m. before Judge James for a preliminary hearing or arraignment.

The parties request this continuance on the grounds that: (1) the United States has not yet provided all relevant discovery to Mr. Cohen, counsel for Ms. Stuart; (2) Once Mr. Cohen receives the discovery, he will require adequate time to review this discovery and further discuss it with Ms. Stuart; (3) the United States and Mr. Cohen are exchanging information that may

STIPULATION AND [PROPOSED] ORDER
CR 3-05-70262 JL                                    1

1  have an impact Ms. Stuart's disposition; and (4) Mr. Cohen believes that postponing the
2  preliminary hearing is in Ms. Stuart's best interest, and that it is not in his client's interest for the
3  United States to indict the case before the June 30, 2005 preliminary hearing date. The parties
4  agree that the requested continuance is necessary for continuity of defense counsel and effective
5  preparation of defense counsel.
6      The parties stipulate and agree that the above-stated reasons constitute good cause to support
7  a continuance under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
8  The parties also stipulate and agree that the stated reasons support a continuance of the
9  preliminary hearing or arraignment date under Title 18, United States Code, Sections 3161(b)
10 and 3161(h)(8)(B)(iv) and that the failure to grant the requested continuance would deny the
11 defendant continuity of counsel and deny counsel for the defense the reasonable time necessary
12 for effective preparation, taking into account the exercise of due diligence.
13 IT IS SO STIPULATED.

15 DATED: June 18, 05

    DENEE A. DILUIGI
    Special Assistant United States Attorney

18 DATED: 6/24/05

    JOSH COHEN
    Attorney for Ms. Stuart

## ORDER

22     For the foregoing reasons, the Court finds that good cause is shown and concludes that the
23 continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. §
24 3060.
25     The Court FURTHER ORDERS that an exclusion of time between May 24, 2005 and June
26 30, 2005, is warranted under the Speedy Trial Act because a failure to grant the continuance
27 would deny the defendant continuity of counsel and would unreasonably deny defense counsel
28 and the reasonable time necessary for effective preparation, taking into account the exercise of

STIPULATION AND [PROPOSED] ORDER
CR 3-05-70262 JL
    2

1 | due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by
2 | excluding time under the Speedy Trial Act outweigh the best interest of the public and the
3 | defendant in a speedy trial and in the prompt disposition of criminal cases. Id. § 3161(h)(A).
4 | The Court, therefore, concludes that this exclusion of time is proper pursuant to 18 U.S.C. §
5 | 3161(h)(8)(B)(iv).
6 |     The defendant is HEREBY ORDERED to appear before Judge James on June 30, 2005 at
7 | 9:30 a.m.
8 | IT IS SO ORDERED.

10 | DATED: June 27, 2005                          NANDOR VADAS
11 |                                               ~~ELIZABETH D. LAPORTE~~
                                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 3-05-70262 JL                          3