BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant STUART

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>ZIBU GAO, et al.,    )<br>    )<br>    Defendants.    )<br>_____ ) | No. CR-05-70262 MAG<br><br>STIPULATION AND [PROPOSED]<br>ORDER WAIVING APPEARANCES OF<br>DEFENDANTS STUART, DOUGLASS,<br>AND LANGE AT STATUS CONFERENCE<br>ON JULY 21, 2005 |

    Defendants Tiffany Stuart, Brandy Douglass, and Jennifer Lange have made their initial appearance in this district on complaints charging them with immigration-related fraud, in violation of 18 U.S.C. § 1546(a). Each was released on an unsecured bond and ordered to appear for preliminary hearing or arraignment on June 30, 2005. On June 30, 2005, the matter was continued to July 21, 2005.

    Ms. Stuart, Ms. Douglass, and Ms. Lange live in Los Angeles. In order to appear for court in this district, the defendants must arrange for transportation and accommodations in San Francisco. These arrangements impose significant financial hardship on the defendants, each of whom is represented by court-appointed counsel.

    Federal Rule of Criminal Procedure 43(b) provides that a defendant need not be present

1  when "[t]he proceeding involves only a conference or hearing on a question of law." Fed. R.
2  Crim. P. 43(b)(3). The parties anticipate that the appearance on July 21, 2005 will be limited to
3  the setting of future dates in the matter.
4     Accordingly, the parties agree and stipulate that the personal appearance of Ms. Stuart,
5  Ms. Douglass, and Ms. Lange at the status conference on July 21, 2005 should be excused.
6  Counsel for these defendants will appear on their behalf.

7                              BARRY J. PORTMAN
                               Federal Public Defender
8  Dated: 7/19/05
9                              _____
                               JOSH COHEN
                               Assistant Federal Public Defender
10                             Counsel for TIFFANY STUART

11 Dated:
12                             _____
                               SUZANNE LUBAN
                               Counsel for JENNIFER LANGE
13

14 Dated:
15                             _____
                               GEOFFREY ROTWEIN
                               Counsel for BRANDY DOUGLASS

16                             KEVIN V. RYAN
                               United States Attorney
17 Dated: 7/19/05
18                             _____
                               MONICA FERNANDEZ
                               Assistant United States Attorney
19

20    Accordingly, and for good cause shown, it is hereby ORDERED that defendants Tiffany
21 Stuart, Brandy Douglass, and Jennifer Lange shall be excused from personally appearing at the
22 status conference in this matter on July 21, 2005.

23 Dated: July 20, 2005         _____
24                              NANDOR VADAS
                                UNITED STATES MAGISTRATE JUDGE
25
26

CR 05-70262 MAG; STIP WAIVING DEFS.'
APPEARANCE                    2

1  when "[t]he proceeding involves only a conference or hearing on a question of law." Fed. R.
2  Crim. P. 43(b)(3). The parties anticipate that the appearance on July 21, 2005 will be limited to
3  the setting of future dates in the matter.
4      Accordingly, the parties agree and stipulate that the personal appearance of Ms. Stuart,
5  Ms. Douglass, and Ms. Lange at the status conference on July 21, 2005 should be excused.
6  Counsel for these defendants will appear on their behalf.

7                          BARRY J. PORTMAN
                          Federal Public Defender
8
  Dated:
9                          JOSH COHEN
                        Assistant Federal Public Defender
10                         Counsel for TIFFANY STUART

11
  Dated:
12                         SUZANNE LUBAN
                        Counsel for JENNIFER LANGE
13
14  Dated: 7/19/05
15                         GEOFFREY ROTWEIN
                        Counsel for BRANDY DOUGLASS

16                         KEVIN V. RYAN
                        United States Attorney
17
  Dated:
18                         MONICA FERNANDEZ
                        Assistant United States Attorney
19

20     Accordingly, and for good cause shown, it is hereby ORDERED that defendants Tiffany
21 Stuart, Brandy Douglass, and Jennifer Lange shall be excused from personally appearing at the
22 status conference in this matter on July 21, 2005.
23
  Dated:
24                         NANDOR VADAS
                        UNITED STATES MAGISTRATE JUDGE
25
26

CR 05-70262 MAG; STIP WAIVING DEFS.'
APPEARANCE                               2

1  when "[t]he proceeding involves only a conference or hearing on a question of law." Fed. R.
2  Crim. P. 43(b)(3). The parties anticipate that the appearance on July 21, 2005 will be limited to
3  the setting of future dates in the matter.
4  　　　Accordingly, the parties agree and stipulate that the personal appearance of Ms. Stuart,
5  Ms. Douglass, and Ms. Lange at the status conference on July 21, 2005 should be excused.
6  Counsel for these defendants will appear on their behalf.

7  　　　　　　　　　　　　　　　BARRY J. PORTMAN
　　　　　　　　　　　　　　　　Federal Public Defender
8  Dated:
9  　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOSH COHEN
10  　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　Counsel for TIFFANY STUART
11
　Dated:
12  　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SUZANNE LUBAN
13  　　　　　　　　　　　　　　　Counsel for JENNIFER LANGE

14  Dated:
　　　　　　　　　　　　　　　　_____
15  　　　　　　　　　　　　　　　GEOFFREY ROTWEIN
　　　　　　　　　　　　　　　　Counsel for BRANDY DOUGLASS
16  　　　　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　　　　United States Attorney
17
　Dated:
18  　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MONICA FERNANDEZ
　　　　　　　　　　　　　　　　Assistant United States Attorney
19

20  　　　Accordingly, and for good cause shown, it is hereby ORDERED that defendants Tiffany
21  Stuart, Brandy Douglass, and Jennifer Lange shall be excused from personally appearing at the
22  status conference in this matter on July 21, 2005.

23
　Dated:
24  　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NANDOR VADAS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
25
26

CR 05-70262 MAG; STIP WAIVING DEFS.'
APPEARANCE                                    2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that the following true copy of the **Stipulation and Order Waiving Appearances of Defendants Stuart, Douglass, And Lange at Status Conference on July 21, 2005**, concerning the case of <u>United States v. Zibu Gao, et.al., CR 05-70262 MAG</u> was filed dated July 20, 2005 and hand delivered to:

United States Attorney
450 Golden Gate Ave, 11th Floor
San Francisco, CA,
Assistant United States Attorney
Monica Fernandez

and by Fax Transmittal to:

Suzanne Luban

Geoffrey Rotwein

July 20, 2005

MICHAEL TARKINGTON