```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  MONICA FERNANDEZ (CSBN 168216)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-7065
 7     FAX: (415) 436-7234
       E-mail: Monica.L.Fernandez@usdoj.gov
 8
 9  Attorneys for Plaintiff

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14
15  UNITED STATES OF AMERICA,          )   No.: CR 3-05-70262 JL
                                        )
16          Plaintiff,                  )
                                        )   [PROPOSED] ORDER EXCLUDING
17     v.                               )   TIME UNDER THE SPEEDY TRIAL ACT
                                        )
18  TIFFANY STUART, aka Jane Doe,       )
    JENNIFER LANGE, and                 )
19  BRANDY DOUGLAS,                     )
                                        )
20          Defendants.                 )
                                        )
21  _____)
```

22      This matter came on the calendar of the Honorable Nandor J. Vadas on July 21, 2005, for

23  preliminary hearing or arraignment as to defendants TIFFANY STUART, JENNIFER LANGE,

24  and BRANDY DOUGLAS.  At the parties' request, the Court continued the matter until

25  September 6, 2005 for preliminary hearing or arraignment.  The defendants had previously

26  agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal

27  Procedure 5.1(d).  The parties agree that a further extension of time implicates the Speedy Trial

28

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 3-05-70262 JL

Act, 18 U.S.C. § 3161(b), because this extension is beyond the thirty-day time limit for indictment required by the Speedy Trial Act.

The parties requested an exclusion of time under the Speedy Trial Act from July 21 through September 6, 2005 based upon the need for effective preparation of counsel. The government is in the process of providing discovery to the defense. Additionally, the parties are engaged in discussions which may lead to pre-indictment resolution of this matter. Therefore, the parties are requesting an exclusion of time under the Speedy Trial Act. The parties agree that the time from July 21 through September 6, 2005 should be excluded in computing the time within which an information or indictment must be filed. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the Court HEREBY ORDERS that the time from July 21 through September 6, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: _____

HONORABLE ~~EDWARD M. CHEN~~
UNITED STATES MAGISTRATE JUDGE
Nandor J. Vadas

Approved as to form:

/s/ Josh Cohen
JOSH COHEN, ESQ.
Assistant Federal Public Defender
Attorney for Defendant Stuart

/s/ Suzanne Luban
SUZANNE LUBAN, ESQ.
Attorney for Defendant Lange

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 3-05-70262 JL            2

1
2
3   /s/ Geoffrey Rotwein
    GEOFFREY ROTWEIN, ESQ.
    Attorney for Defendant DOUGLAS
4
5   /s/ Monica Fernandez
    MONICA FERNANDEZ
6   Assistant United States Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT
No.: CR 3-05-70262 JL                3