1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7065
7     FAX: (415) 436-7234
      E-mail: Monica.L.Fernandez@usdoj.gov
8

9  Attorneys for Plaintiff

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,           )    No.: CR 3-05-70262 JL
                                        )
16         Plaintiff,                   )
                                        )    STIPULATION (1) CONTINUING
17     v.                               )    PRELIMINARY HEARING OR
                                        )    ARRAIGNMENT DATE; AND (2)
18 TIFFANY STUART, aka Jane Doe,        )    EXCLUDING TIME UNDER THE SPEEDY
   JENNIFER LANGE, and                  )    TRIAL ACT AS DELAY RESULTING
19 BRANDY DOUGLAS,                      )    FROM DEFERRAL OF PROSECUTION;
                                        )    [PROPOSED] ORDER
20         Defendants.                  )
                                        )
21 _____)

22      The parties to the above case hereby stipulate as follows:

23      1. This matter is currently set for preliminary hearing or arraignment on September

24 6, 2005.

25      2. The defendants have each entered into written pre-trial diversion agreements with the United

26 States Attorney.

27      3. Accordingly, the parties agree as follows:

28
   STIP. (1) CONT. PRELIM. HRG. OR ARR. DATE; & (2)
   EXCLUDING TIME UNDER THE STA AS DELAY
   RESULTING FROM DEFERRAL OF PROSECUTION;
   [PROPOSED] ORDER No.: CR 3-05-70262 JL

a. This matter should be continued for one year, until September 6, 2006.

b. Time should be excluded under the Speedy Trial Act as delay resulting from deferral of prosecution pursuant to 18 U.S.C. Section 3161(h)(2).

IT IS SO STIPULATED.

DATED: September 2, 2005            Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney

DATED:  September 2, 2005           /s/ Daniel Blank for
JOSH COHEN, ESQ.
Assistant Federal Public Defender
Attorney for Defendant Stuart

DATED:  September 1, 2005           /s/ Suzanne Luban
SUZANNE LUBAN, ESQ.
Attorney for Defendant Lange

/s/ Peter Goodman for
DATED: September 2, 2005            GEOFFREY ROTWEIN, ESQ.
Attorney for Defendant DOUGLAS

STIP. (1) CONT. PRELIM. HRG. OR ARR. DATE; & (2)
EXCLUDING TIME UNDER THE STA AS DELAY
RESULTING FROM DEFERRAL OF PROSECUTION;
[PROPOSED] ORDER No.: CR 3-05-70262 JL            2

**ORDER**

Pursuant to the parties' stipulation, this matter is continued until September 6, 2006.

In light of the written pre-trial diversion agreements entered into between the defendants and the United States Attorney, time is excluded under the Speedy Trial Act from September 6, 2005 through September 6, 2006. See 18 U.S.C. Section 3161(h)(2).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 6, 2005

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIP. (1) CONT. PRELIM. HRG. OR ARR. DATE; & (2) EXCLUDING TIME UNDER THE STA AS DELAY RESULTING FROM DEFERRAL OF PROSECUTION; [PROPOSED] ORDER No.: CR 3-05-70262 JL    3