```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  MONICA FERNANDEZ (CSBN 168216)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-7065
 7     FAX: (415) 436-7234
       E-mail: Monica.L.Fernandez@usdoj.gov
 8
 9  Attorneys for Plaintiff
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 3-05-70262 JL |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | PROTECTIVE ORDER REGARDING |
| ) | COMPUTER DISCOVERY AS TO |
| TIFFANY STUART, aka Jane Doe, ) | DEFENDANTS STUART, LANGE AND |
| JENNIFER LANGE, and ) | DOUGLAS |
| BRANDY DOUGLAS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The United States, through its counsel of record, and the defendants, through their counsel of record, hereby agree and stipulate that the government will provide computer discovery (consisting of seized computer evidence) on the following conditions:

The computer discovery produced in this matter is deemed Protected Material. Possession of copies of the Protected Material is limited to the defendants, their attorneys of

1  record, and investigators, paralegals, law clerks, translators, interpreters, experts and assistants
2  for the attorneys of record (hereinafter collectively referred to as "members of the defense team").
3      The defendants, their attorneys of record, and members of the defense team acknowledge
4  that providing copies of the Protected Material to other persons is prohibited, and agree not to
5  duplicate or provide copies of the Protected Material to other persons.  The defendants, their
6  attorneys of record, and members of the defense team may show Protected Material to witnesses
7  or prospective witnesses in conjunction with their defense of the defendants in this case.  The
8  defendants, their attorneys of record, and members of the defense team further acknowledge that
9  they are prohibited from using the Protected Material for any purpose other than defending the
10 defendant in the above-captioned matter.  Any violation of these prohibitions constitutes a
11 violation of the Protective Order.  Further, the attorneys of record agree that prior to
12 disseminating any copies of the Protected Material to members of the defense team, they will
13 provide a copy of this Protective Order to members of the defense team.
14     Notwithstanding efforts taken by the government to redact personal information of
15 witnesses from the discovery provided to the defense (such as date of birth, social security
16 numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the
17 defense team agree that, should any such information be found during their review of this
18 material, they will not provide that personal information in any form – whether in verbal, written
19 or electronic format – to any third party, for any reason whatsoever.
20          2     Nontermination
21     The provisions of this Order shall not terminate at the conclusion of this prosecution but
22 only upon further order of this Court.  Within 30 days of a verdict or guilty plea, the defendants'
23 attorneys of record shall return all copies of any Protected Material (including all copies provided
24 to the defendants, their attorneys of record, and members of the defense team) to the United
25 States Attorney's Office for the Northern District of California.

No.: CR 3-05-70262 JL
STIP. & [PROPOSED] PROT. ORDER RE COMPUTER
DISCOVERY AS TO DEFS STUART, LANGE & DOUGLAS                          2

1   IT IS SO STIPULATED.

3   DATED: October 14, 2005        /s/ Monica Fernandez
                                   MONICA FERNANDEZ
4                                  Assistant United States Attorney
                                   Counsel for the United States

6   DATED: October 3, 2005         /s/ Josh Cohen
                                   JOSH COHEN
7                                  Counsel for Defendant STUART

8   DATED: October 3, 2005         /s/ Suzanne Luban
                                   SUZANNE LUBAN
9                                  Counsel for Defendant LANGE

11  DATED: October 13, 2005        /s/ Geoffrey Rotwein
                                   GEOFFREY ROTWEIN
12                                 Counsel for Defendant DOUGLAS

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 14, 2005

HONORABLE _____
UNITED STATES MAGISTRATE JUDGE

*[Stamp: IT IS SO ORDERED, Judge James Larson, United States District Court, Northern District of California]*

No.: CR 3-05-70262 JL
STIP. & [PROPOSED] PROT. ORDER RE COMPUTER
DISCOVERY AS TO DEFS STUART, LANGE & DOUGLAS                    3