| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | ROBERT DAVID REES (CASBN 229441)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7200<br>Facsimile: (415) 736-7234<br>Email: robert.rees@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3 05 70262 JL |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| TIFFANY STUART, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint with prejudice and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: August 31, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s_____
JONATHAN SCHMIDT
Chief, Major Crimes Section

NOTICE OF DISMISSAL (CR 3 05 70262 JL)

1  Leave is granted to the government to dismiss the complaint. It is further ordered that the
2  arrest warrant issued in connection with the complaint is quashed.
3
4  Date: _September 5, 2006_
5  
   HON. J...
   Chief U...
   
   *IT IS SO ORDERED*
   *[signature]*
   Judge James Larson

2